IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

TANYA RENEE NICHOLS
and JUSTIN DURLEY,

Defendants.                                                     No. 14-30160-DRH

## ORDER

**HERNDON, District Judge**:

Now before the Court is Nichols' motion to continue trial (Doc. 36). Defendant states that she needs additional time for pretrial matters. The government does not object. The Court being fully advised in the premises finds that defendant needs additional time. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendants in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Furthermore, the defendants have not been severed and the Court's resources are best served by trying cases with like issues together.

Therefore, the Court **GRANTS** defendant's motion to continue trial (Doc. 36). The Court **CONTINUES** the jury trial scheduled for February 9, 2015 to **May 11,**

1

**2015 at 9:00 a.m.** The time from the date the original motion was filed, February 2, 2015, until the date to which the trial is rescheduled, May 11, 2015, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 2nd day of February, 2015.

Digitally signed by David R. Herndon
Date: 2015.02.02 12:48:10 -06'00'

**United States District Court**