IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-30160-SMY |
| | ) |
| TANYA RENEE NICHOLS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Defendant Tanya Nichols served a 57-month prison sentence followed by a 3-year term of supervised release for fraud and theft or conversion of Government property. This matter is now before the Court for consideration of Nichols' Motion for Expungement (Doc. 114). Nichols asserts that even though she has not been in any trouble, continues to pay her restitution and will graduate in May with a bachelor's degree, her conviction is getting in the way of advancing her career.

"Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute, which is not to be expanded by judicial decree." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (internal citations omitted). In that regard, a district court lacks jurisdiction to expunge the court records of a convicted defendant. *United States v. Wahi*, 850 F.3d 296, 299–300 (7th Cir. 2017).

While the Court is sympathetic to Nichols and recognizes the impact her conviction may have on her ability to achieve certain goals, it lacks the authority to grant her the relief she seeks. Accordingly, the Motion for Expungement (Doc. 114) is **DENIED** for lack of jurisdiction.

IT IS SO ORDERED.

DATED: April 6, 2023

*[signature]*

**STACI M. YANDLE**
**United States District Judge**